UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTHONY D. CONTEGIACOMO,
JR.,

     Plaintiff,

v.                                   Case No: 5:26-cv-258-PRL

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____

**ORDER**

This cause comes before the Court on Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. 2). Plaintiff represents that he is unable to pay the fees and costs of pursuing this action, and therefore, seeks to proceed in forma pauperis. (*Id*. at pp. 1-2).

Pursuant to 28 U.S.C. § 1915, the Court may, upon a finding of indigency, authorize the commencement of an action without requiring the prepayment of fees or security therefor. *See* 28 U.S.C. § 1915(a)(1); *Nietzke v. Williams*, 490 U.S. 319, 324 (1989) (stating that under 28 U.S.C. § 1915, a litigant may commence a civil action in federal court "by filing in good faith an affidavit stating . . . that he is unable to pay the costs of the lawsuit").

Upon review, the Court is unable to determine whether Plaintiff is entitled to proceed in forma pauperis. Plaintiff's motion is deficient and incomplete, as he did not use the proper form. As a result, the motion lacks the requisite information and detail to determine if he is indigent, given that he did not answer several pertinent questions or provide an explanation for his inability to do so.

The Court will allow Plaintiff to file an amended motion to proceed in forma pauperis so that he can provide sufficient information for the Court to determine whether he is indigent. As such, Plaintiff must complete the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" from the Court's website (https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or).

Accordingly, Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is **TAKEN UNDER ADVISEMENT**. Plaintiff shall file an amended motion to proceed in forma pauperis on or before **May 4, 2026**. Failure to comply with this Order may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Ocala, Florida on April 13, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -