**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ANTHONY D. CONTEGIACOMO, JR.,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00258-PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
___________________________________/

**ORDER**

This consent case is before the undersigned on Defendant's unopposed motion for entry of judgment with remand in which Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings. (Doc. 19). Defendant states that Plaintiff does not oppose the motion to remand. (*Id.* at 1). In the memorandum in support of the motion, Defendant states that the cause should be remanded to the Commissioner for a new hearing and further action, and that "[t]he Commissioner will direct the Appeals Council to re-evaluate the prior administrative medical findings and opinion evidence, and as necessary, the RFC, including further evaluation of Plaintiff's alleged symptoms." (*Id.* at 2).

Pursuant to Title 42, United States Code, Section 405(g) the Court is empowered to reverse the decision of the Commissioner with or without remanding the cause for a rehearing. *Shalala v. Schaefer*, 509 U.S. 292 (1993). The failure of the ALJ to develop the record constitutes sufficient grounds for remand. *Brissette v. Heckler*, 730 F.2d 548 (8th Cir. 1984), *appeal after remand*, 613 F. Supp. 722 (E.D. Mo. 1985), *judgment aff'd in part, rev'd in part*, 784 F.2d 864 (8th Cir. 1986). On remand under sentence four, the ALJ should review the case on

a complete record, including any new material evidence. *Diorio v. Heckler*, 721 F.2d 726, 729 (11th Cir. 1983) (finding that it was necessary for the ALJ on remand to consider psychiatric report tendered to Appeals Council); *Reeves v. Heckler*, 734 F.2d 519, 522 n.1 (11th Cir. 1984) (per curiam) (holding that the ALJ should consider on remand the need for an orthopedic evaluation).

Therefore, the undersigned agrees with the parties that it is appropriate to remand this matter to the Commissioner. Accordingly, it is ORDERED that:

(1) Defendant's unopposed motion for entry of judgment with remand (Doc. 19) is **granted**.

(2) This action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for the following reasons:

> On remand, the Appeals Council will instruct the Administrative Law Judge to: (1) take any further action needed to complete the administrative record; and (2) issue a new decision.

(3) The Clerk is directed to enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Ocala, Florida on October 14, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party